*The People's Bank* v. *The Hamilton Manufacturing Company.* W. TRACY, for appellant; C. P. KIRKLAND, for re-

11

spondent. Order of the vice chancellor of the fifth circuit denying the appellant's application to be made a party to this suit, and for permission to come in and make a defence to the same, affirmed with costs.